# UNITED STATES DISTRICT COURT FOR
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:05CV488

| | |
|---|---|
| ROSE Z. BRADLEY ) | |
|     Plaintiff ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| LOWE'S COMPANIES, INC. ) | |
|     Defendant. ) | |

The matter is before the Court upon its own motion. The order [doc. #4] filed on March 30, 2006 was erroneously typed in chambers and forwarded to the Clerk's office.

The Court hereby rescinds the March 30, 2006 order.

Signed: April 5, 2006

Graham C. Mullen
United States District Judge