# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:05 CV 488

| | | |
|---|---|---|
| ROSE Z. BRADLEY, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER EXTENDING** |
| | ) | **DISCOVERY AND** |
| v. | ) | **DISPOSITIVE MOTION** |
| | ) | **DEADLINES** |
| LOWE'S COMPANIES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

For good cause shown, IT IS HEREBY ORDERED that the deadline for completion of discovery shall be extended to May 30, 2007, and the deadline for submission of dispositive motions shall be extended to June 30, 2007.

Signed: March 30, 2007

Graham C. Mullen
United States District Judge