UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05-CV-488-GCM

| ROSE Z. BRADLEY, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **ORDER** |
| LOWE'S COMPANIES, INC., | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the court on its own motion. The trial originally set for November 5, 2007, is hereby re-scheduled for **Tuesday, November 13, 2007, at 10:00 a.m.** in Charlotte.

It is so ordered.

Signed: September 4, 2007

Graham C. Mullen
United States District Judge